UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT EVATT,

               Plaintiff,

   v.

MARY MARTIN, et al.,

               Defendants.

CASE NO. 3:15-cv-05756 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's motion to voluntarily dismiss his complaint (Dkt. 18) is granted and plaintiff's complaint is dismissed without prejudice.

**DATED** this 13th day of April, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1